UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LIBREMAX OPPORTUNITY MASTER FUND, LP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | CIV. #14-4180<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff LibreMax Opportunity Master, Fund, LP, hereby dismisses this action, with prejudice.

Dated this 19th day of August, 2015.

　　　　　　　　　　　　　　　　JOHNSON, ABDALLAH,
　　　　　　　　　　　　　　　　BOLLWEG & PARSONS, L.L.P.

　　　　　　　　　　　　　　　　BY /s/ Shannon R. Falon
　　　　　　　　　　　　　　　　Scott A. Abdallah (scott@johnsonabdallah.com)
　　　　　　　　　　　　　　　　Shannon R. Falon (shannon@johnsonabdallah.com)
　　　　　　　　　　　　　　　　P.O. Box 2348
　　　　　　　　　　　　　　　　Sioux Falls, SD 57101-2348
　　　　　　　　　　　　　　　　(605) 338-4304

　　　　　　　　　　　　　　　　**TALCOTT FRANKLIN, P.C.**
　　　　　　　　　　　　　　　　Talcott J. Franklin (Tal@talcottfranklin.com)
　　　　　　　　　　　　　　　　Shannon W. Conway (sconway@talcottfranklin.com)
　　　　　　　　　　　　　　　　Derek S. Witte (derek@talcottfranklin.com)
　　　　　　　　　　　　　　　　208 North Market Street, Suite 200
　　　　　　　　　　　　　　　　Dallas, TX 75202
　　　　　　　　　　　　　　　　(214) 736-8730

　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*